UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **DONTE TOYRON MCFARLAND #18900-112** | **CIVIL ACTION NO. 22-cv-6068 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN GARRETT** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 19] previously filed herein, after thoroughly reviewing the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that because Petitioner Donte Toyron McFarland ("McFarland") cannot proceed under 28 U.S.C. § 2241, the Government's Motion to Dismiss [Doc. No. 17] is **GRANTED**, and the Petition for Writ of Habeas Corpus filed by McFarland [Doc. No. 1] is hereby **DISMISSED** for lack of jurisdiction.

THUS, DONE AND SIGNED at Monroe, Louisiana, this the 27th day of November 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE